NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000690
11-JAN-2018
10:30 AM

NO. CAAP-17-0000690

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
HAIDEE SUEYASU, Defendant-Appellee,
and
RYAN KAIPO SILVA, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 5PC161000443)

ORDER GRANTING THE DECEMBER 22, 2017 MOTION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed on December 22, 2017 by Defendant-Appellant Ryan Kaipo Silva (Appellant), and the files herein, Appellant states that he no longer wishes to pursue his appeal, requests to dismiss his appeal, understands the consequences of dismissing his appeal, and voluntarily requests that his appeal be dismissed.

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 11, 2018.

Chief Judge

Associate Judge

Associate Judge